```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) CRIMINAL NO. 09-10024-PBS |
| DANA HOWELL, Defendant. | ) |

### ORDER

September 23, 2009

Saris, U.S.D.J.

Defendant argues he should be credited with time served from November 28, 2008 through January 6, 2009 because that time has not been credited against any state sentence.  Defendant states that when he was arrested and charged in state court on the matters upon which this indictment is based, he was held without bail.  The government disagrees, asserting that the time period in jail will be credited against a subsequent state perjury conviction.  While the criminal records are not crystal clear, defendant seems to have the better argument that he spent time in jail as a result of these charges, not unrelated state charges.  As such, he should be credited with the 39 days.

**SO ORDERED.**

S/PATTI B. SARIS
United States District Judge